## TEDDER *v.* WALKER *et al.*

HILL, J. Under the conflicting evidence in this case there was no abuse of discretion in refusing an injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 533. APRIL 11, 1918.

Petition for injunction. Before Judge Cobb. Gwinnett superior court. July 20, 1917.

*Westmoreland, Anderson & Smith*, for plaintiff.

*I. L. Oakes*, for defendants.